UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JEANETTE VARGAS,                                             :
:
                      Plaintiff,    :
:    17-CV-4280 (VSB)
          -against-                                :
:           **ORDER**
:
CAFÉ 55, et al.,                                             :
:
                    Defendants.   :
:
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/15/2018__
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff commenced this matter on June 7, 2017 with the filing of her Complaint.  (Doc. 1.)  Plaintiff filed an amended complaint on January 16, 2018.  (Doc. 26.)  A copy of the amended complaint was served on defendants Claudia Nieto-Premer and Premier Staffing Agency (the "Defaulting Defendants") on February 8 and February 14, 2018, respectively.  (Docs. 33, 34.)  Defaulting Defendants have failed to respond to the amended complaint and have not otherwise appeared in this case.

       On September 7, 2018, the Clerk of the Court entered a Certificate of Default against Defaulting Defendants.  (Doc. 4.)  Plaintiff sought, and I issued, an Order to Show Cause on October 1, 2018, directing Defaulting Defendants to show cause why an order should not be issued granting Plaintiff a default judgment.  (Doc. 55.)

       The Order to Show Cause hearing was held on November 15, 2018.  Defaulting Defendants failed to appear at that hearing.  To date, no notices of appearance for Defaulting Defendants have been filed.  In light of the fact that service on Defaulting Defendants was proper, and no appearances by Defaulting Defendants have been entered, it is hereby:

ORDERED that a default is entered against Defendants Claudia Nieto-Premer and Premier Staffing Agency on the issue of liability.

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Pitman for an inquest on damages and attorneys' fees.

SO ORDERED.

Dated:   November 15, 2018
         New York, New York

Vernon S. Broderick
United States District Judge