**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEANETTE VARGAS,

                    Plaintiff,                             17 **CIVIL** 4280 (VSB)(SLC)

        -against-                                     **JUDGMENT**

PREMIER STAFF AGENCY, et al.,

                         Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 23, 2020, the Report and Recommendation is ADOPTED in its entirety. Plaintiff is awarded a total of $36,015.00, calculated as follows: (1) $1,200.00 in back-pay; (2) $30,000.00 in emotional distress damages and (3) $4,815.00 in attorneys' fees; accordingly, the case is closed.

**Dated:**  New York, New York
        September 23, 2020

                                   **RUBY J. KRAJICK**
                              _____
                                    **Clerk of Court**
**BY:**          _K. Mango_
                                _____
                                    **Deputy Clerk**